## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MICHAEL J. MATULKA,

                    Plaintiff,

          vs.

PINNACLE FINANCIAL CORPORATION
and DOES 1 THROUGH 10, (inclusive),
                    Defendants.

**8:12CV0290**

**FINDINGS AND RECOMMENDATION**

Plaintiff, Michael J. Matulka, did not comply with this court's order dated April 18, 2013 which required him to show cause why the case should not be dismissed in its entirety for his failure to effect service of process on Pinnacle Financial Corporation and the Doe Defendants, (filing no. 19 ).  The order warned that his failure to comply, or otherwise respond, would result in dismissal of his case without further notice.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, pursuant to 28 U.S.C. § 636(b), that all claims brought by Michael J. Matulka against Defendants be dismissed for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

The clerk shall send a copy of this document to Michael J. Matulka at his address of record.

Dated this 20th day of August, 2013.

                    BY THE COURT:

                    _s/ Cheryl R. Zwart_
                    United States Magistrate Judge